[Cite as *10/11/2002 Case Announcements*, 2002-Ohio-5490.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*October 11, 2002*

## MOTION AND PROCEDURAL RULINGS

**1999–0040. Lincoln v. ANR Advance Transp. Co.**
Montgomery App. No. 16975. This cause is pending before the court as a discretionary appeal. On March 19, 1999, this court stayed further proceedings in this case and ordered appellant to file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.

IT IS ORDERED by the court, sua sponte, that appellant file a notice advising this court of the status of the bankruptcy case, within 15 days of the date of this entry.